LOUISVILLE & NASHVILLE RAILROAD COMPANY *v.* SPENCE.

LUMPKIN, J.   1. While the charges complained of may not have been in all respects accurate, in the light of the evidence and of the entire charge, there was no error requiring a reversal for any reason assigned.

2. The evidence was sufficient to support the verdict; and the presiding judge having refused to grant a new trial, this court will not reverse the judgment.

*Judgment affirmed.   All the Justices concur, except Hill, J., not presiding.*

FEBRUARY 14, 1912.

Action for damages.   Before Judge Morris.   Cherokee superior court.   October 4, 1910.

*D. W. Blair, Tye, Peeples & Jordan,* and *E. W. Coleman,* for plaintiff in error.

*Dorsey, Brewster, Howell & Heyman,* contra.